IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>WARREN TEFFT, )<br>)<br>      Defendant. )<br>_____ ) | Case No. CR-08-210-N-BLW<br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATION** |

The Court has before it a Report and Recommendation filed by the United States Magistrate Judge. (Docket No. 18). On October 21, 2008, Defendant Warren Tefft appeared before the Magistrate Judge to enter a change of plea pursuant to a written plea agreement. The Magistrate Judge conducted the plea hearing and concluded there is a factual basis for Defendant's plea of guilty to the charge of possession of sexually explicit images of minors and agreement to the forfeiture charge contained in the Information (Docket No. 1), and that it was entered voluntarily and with full knowledge of the consequences.

The Report and Recommendation was not filed in enough time to allow for the required 10-day period for objecting thereto. However, at the sentencing

**Order Adopting Report and Recommendation - 1**

hearing held on January 12, 2009, the parties waived the 10-day objection period and the Court orally adopted the Report and Recommendation before proceeding with sentencing.  By this Order, the Court confirms that it reviewed the record, and found that the requirements of Rule 11 had been met.  *See United States v. Reyna-Tapia,* 328 F.3d 1114 (9th Cir. 2003).  Specifically, the Court finds that the Magistrate Judge adhered to the requirements of Rule 11(b); that under Rule 11(b)(2), the Defendant's plea was voluntary and not the result of force or threats or promises apart from the plea agreement; and that a factual basis for the plea exists.  *See id.*  Accordingly,

   NOW THEREFORE IT IS HEREBY ORDERED that the Report and Recommendation (Docket No. 18) shall be, and the same is hereby, ADOPTED as the decision of the District Court and incorporated fully herein by reference.

   IT IS FURTHER ORDERED that the Defendant's plea of guilty to the crime of possession of sexually explicit images of minors and agreement to the forfeiture as charged in the Information (Docket No. 1), shall be, and the same is hereby, ACCEPTED by the Court as a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

IT IS FURTHER ORDERED that Defendant Warren Tefft is found to be GUILTY as to the crime of possession of sexually explicit images of minors and to have agreed to the forfeiture as charged in the Information (Docket No. 1).

DATED: **January 13, 2009**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order Adopting Report and Recommendation - 3**